IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CR-30278-MJR |
| ) | |
| JAHRASTAFAR JAMAL FARMER, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On March 18, 2014, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Farmer entered a guilty plea as to Counts 1 and 2 of the Indictment. By Report and Recommendation filed March 18, 2014 (Doc. 27), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea and find Defendant guilty. The parties were given an opportunity to object to the Report and Recommendation. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 27), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth therein. The Court **DIRECTS** the United States Probation Office to

prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed on July 10, 2014 at 9:00 a.m.

    IT IS SO ORDERED.

    DATED: April 10, 2014.

                                    s/Michael J. Reagan
                                    MICHAEL J. REAGAN
                                    United States District Judge